# Court of Appeals
# of the State of Georgia

ATLANTA,  November 03, 2017

*The Court of Appeals hereby passes the following order:*

**A18E0018.  DANEILLE D. ROLLINS v. GLEN W. ROLLINS.**

The Appellant's Emergency Motion for Supersedeas in the above-styled case is hereby DENIED.

The Appellant has not been convicted of criminal contempt. The Georgia Supreme Court on February 6, 2017 issued an Opinion vacating the Fulton County Superior Court's final contempt order entered in November of 2015, and remanded the case to the trial court for further proceedings consistent with its opinion. *Rollins v. Rollins*, 300 Ga. 485, 796 SE2d 721 (2017).

On September 5, 2017, the trial court entered a Rule Nisi for a show cause hearing. The remittitur from the Georgia Supreme Court has been returned and jurisdiction of this case now properly lay with the trial court. A hearing was set for November 6-9 and 13, 2017. On November 2, 2017, the trial court issued an Order denying Appellant's Plea In Bar of Double Jeopardy. An Amended Rule Nisi was issued by the trial court on November 3, 2017. The Appellant filed the instant emergency motion to this Court on November 3, 2017, pursuant to Court of Appeals Rule 40(b).

This Court finds, under the facts and history of this case, that an emergency order of supersedeas is not warranted.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  11/03/2017*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*